**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jorge Noel BERNAL–RAJON,
Defendant—Appellant.**

No. 00–30147.

D.C. No. CR–99–00275–HJF.

United States Court of Appeals,
Ninth Circuit.

Submitted March 11, 2002 *.

Decided March 18, 2002.

Before FARRIS, W. FLETCHER and FISHER, Circuit Judges.

MEMORANDUM **

Jorge Noel Bernal–Rajon appeals the sentence imposed following his guilty plea to illegal reentry after deportation in violation of 8 U.S.C. § 1326(a).

Bernal–Rajon contends that in light of *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), the district court improperly imposed a sentence in excess of the two year maximum set forth in 8 U.S.C. § 1326(a). He acknowledges that his contention is foreclosed by this court's recent holdings, *see e.g., United States v. Arellano–Rivera,* 244 F.3d 1119, 1126–27 (9th Cir.2001), but urges this court to reconsider those holdings. Because a panel "may not reconsider the correctness of an earlier panel's decisions," *Ladha v. INS,* 215 F.3d 889, 896 (9th Cir.2000), we affirm the district court.

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.